IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
JAN 0 6 2023
PER_____ Clerk

JOSE MONTANEZ,
    PLAINTIFF

V.

PAULA PRICE, et. al.,
    DEFENDANT

CIVIL ACTION NO. 3:22-cv-1267

JUDGE MARIANNI

JURY TRIAL DEMANDED

January 3, 2023

### Request to Amend Complaint

Now, comes this Pro Se Plaintiff, Jose Montanez, requesting to amend his complaint §1983 civil action claim under Fedreal Rules of Civil Procedure 15 (c) (1) in order to fix his failure to properly explain each defendants involvement in the violations complained of therein, as well as to withdraw and add a defendant in the intrest of justice.

Respectfully Submitted,

/s/ Jose Montanez

Pro Se, Jose Montanez
#KW8233
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654

**Smart Communications/PADOC**
SCI- Huntingdon
Name Jose Montanez
Number KW6233
PO Box 33028
St Petersburg FL 33733

**INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS**

US POSTAGE >>PITNEY BOWES
ZIP 16652 $ 000.57⁰
0000372161 JAN. 04. 2023

RECEIVED
SCRANTON
JAN 0 6 2023
PER _____
DEPUTY CLERK

Office of The Clerk
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148