IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | Civil No. 3:22-cv-1267 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PAULA PRICE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 9th day of January, 2023, upon consideration of Plaintiff's motion (Doc. 22) for leave to amend the complaint, and it appearing that Plaintiff may file an amended complaint as a matter of course, *see* FED. R. CIV. P. 15(a)(1)(B), **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 22) is **GRANTED**.

2. On or before January 26, 2023, Plaintiff shall **FILE** a proposed amended complaint.

3. The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:22-cv-1267, and shall be simple, concise, and direct, and shall correctly identify all Defendants and claims. *See* FED. R. CIV. P. 8(d)(1).

Robert D. Mariani
United States District Judge