# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE MONTANEZ,** | : | No. 3:22-cv-1267 |
| Plaintiff | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | Electronically Filed Document |
| **PAULA PRICE, et al.,** | : | |
| Defendants | : | |

## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Price, Wagman, Davis, Ellers, Wakefield, Patton, Rivello, and The Commonwealth of Pennsylvania, Department of Corrections (collectively, "Commonwealth Defendants"), hereby move, pursuant to FED. R. CIV. P. 12(b)(6), to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. A brief in support of this motion will be filed concurrently in accordance with L.R. 7.5.

Respectfully submitted,

MICHELLE HENRY
Acting Attorney General

By:  s/ *Francis H. Pryzbylkowski*
FRANCIS H. PRYZBYLKOWSKI
Deputy Attorney General
Attorney ID #329644

KAREN M. ROMANO
Chief Deputy Attorney General

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 783-6491

2

| | |
|---|---|
| **fpryzbylkowski@attorneygeneral.gov** | **Civil Litigation Section** |
| **Date: February 10, 2023** | *Counsel for Defendants Price, Wagman, Davis, Ellers, Wakefield, Patton, Rivello, and DOC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MONTANEZ, | : | No. 3:22-CV-1267 |
| Plaintiff | : | |
| | : | Judge Mariani |
| v. | : | |
| | : | |
| PAULA PRICE, DR. MAHLI, | : | Electronically Filed Document |
| GABRELLE NALLEY, NURSE MEL, | : | |
| DR. PRESTON, R. ELLERS, DR. | : | Complaint Filed 08/12/22 |
| EDWARDS, MARY PATTON, C. | : | |
| WAKEFIELD and N. DAVIS, | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Francis H. Pryzbylkowski, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 10, 2023, I caused to be served a true and correct copy of the foregoing document titled Motion to Dismiss the Amended Complaint to the following:

**VIA U.S. MAIL**
**Smart Communications/PADOC**[1]
Jose Montanez, KW-8233
SCI Huntingdon
P.O. Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

                                        *s/ Francis H. Pryzbylkowski*
                                        **FRANCIS H. PRYZBYLKOWSKI**
                                        Deputy Attorney General

---

[1] Pursuant to a change to the Department of Corrections' mail procedures, all mail, except mail from an inmate's attorney or from a court, must be processed through the vendor listed.