# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE MONTANEZ,** | : | No. 3:22-cv-1267 |
| Plaintiff | : | |
| | : | **(Judge Mariani)** |
| v. | : | |
| | : | **Electronically Filed Document** |
| **PAULA PRICE, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Commonwealth Defendants' Motion to Dismiss the Amended Complaint, it is hereby **ORDERED** that the Motion is GRANTED. Plaintiff's Amended Complaint is hereby DISMISSED, with prejudice, as against the Commonwealth Defendants.

_____
**HONORABLE ROBERT D. MARIANI**
**United States District Judge**