IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MONTANEZ, | Civil No. 3:22-cv-1267 |
| Plaintiff | (Judge Mariani) |
| v. | |
| PAULA PRICE, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 23rd day of August, 2023, upon consideration of Defendants' motions (Docs. 27, 29) to dismiss, and the parties' respective briefs in support of and in opposition to said motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motions (Docs. 27, 29) are **GRANTED**. The amended complaint (Doc. 24) is **DISMISSED**.

2. Plaintiff's motion (Doc. 37) to alter judgment is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge