IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

23-1429

RECEIVED
SEP - 8 2023
U.S.C.A. 3rd. CIR

Jose Montanez
    Plaintiff

v.

Paula Price, et. al.,
    Defendants

Civil No. 3:22-CV-1267

Notice of Appeal

August 30, 2023

    Now, comes Pro Se Plaintiff Jose Montanez, in the above captioned civil action claim, giving Notice of Appeal from a Fed. R. Civ. P. 54(b) order of the District Court to Dismiss all of Plaintiff's claims, dated August 23, 2023.
Plaintiff files this Notice of Appeal based on the fact that his claims were not given proper consideration under the law, and Judge Marianni abused his discretion in dismissing his, this Plaintiff's, claims.
In Forma Pauperis was granted to this Plaintiff in the District Court.

                        Respectfully Submitted,
                        Jose Montanez

                Pro Se, Jose Montanez
                KW8233
                SCI-Huntingdon
                1100 Pike Street
                Huntingdon, PA 16654

Smart Communications/PADOC
SCI- Huntingdon
Name Jose Montanez
Number KW6233
PO Box 33028
St Petersburg FL 33733

RECEIVED
SEP - 8 2023
U.S.C.A. 3rd. CIR

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

Office of the Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106